UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MWATI MCKENZIE,

Petitioner,

v.

JAMES H. BRUTON, Warden,

Respondent.

Civil No. 00-2350 (PAM/JMM)

ORDER

On October 20, 2000, Petitioner filed a Petition for Writ of Habeas Corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Oak Park Heights, Minnesota. It appears on the face of the Petition, however, that this action may not have been commenced within the time limits prescribed by 28 U.S.C. § 2244(d). Therefore, the merits of the Petition will not be addressed unless Petitioner is able to demonstrate that his Petition is not time-barred.

Petitioner shall show good cause, if any exists, why the instant Petition should not be summarily dismissed pursuant to § 2244(d). Petitioner's response to this Order should include a complete chronology of the legal proceedings that followed his conviction, so the Court can properly determine when the statute of limitations began to run and when the statute may have been tolled pursuant to 28 U.S.C. § 2244(d)(2).

Petitioner must file his response to this Order on or before November 17, 2000, failing which it will be recommended that his Habeas Corpus Petition be dismissed with prejudice. If Petitioner does file a timely response, the parties shall thereafter await further order of the Court.

FILED OCT 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Based upon the above, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

(1) On or before November 17, 2000, Petitioner shall submit a written memorandum and affidavit showing cause why his Petition should not be summarily dismissed pursuant to 28 U.S.C. § 2244(d). Petitioner's response must include an affidavit that identifies all of the various state post-conviction proceedings that he has commenced, specifies the Court file numbers of each, and specifies the dates on which each such proceeding was commenced and completed at the trial court level and at the various appellate court levels (if applicable).

(2) If Petitioner does not file the written response required by this Order within the time allowed, it will be recommended that the Petition be summarily dismissed with prejudice.

(3) If Petitioner does file a timely response to this Order, the parties shall thereafter await further order of the Court.

Dated: October 25, 2000

JOHN M. MASON
United States Magistrate Judge