UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mwati McKenzie, Civ. File No. 00-2350 (PAM/JGL)

Petitioner,

v. **MEMORANDUM AND ORDER**

James H. Bruton, Warden,

Respondent.

---

This matter is before the Court on the objection of Petitioner Mwati McKenzie to United States Magistrate Judge John M. Mason's Report and Recommendation dated December 5, 2000. Petitioner offered no reasons for his objections, but requested additional time in which to respond to the Report and Recommendation and for instructions on how to proceed pro se. The Court will grant Petitioner's motion for additional time to state his reasons for objecting to the Report and Recommendation. The Court also notes that Petitioner may obtain a copy of the Local Rules for the United States District Court for the District of Minnesota through the Office of the Clerk of Court at 316 North Robert Street, St. Paul, Minnesota 55101.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Time Extension (Clerk Doc. No. 11) is **GRANTED**; and

2. Petitioner may object to the Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties on or before January 31, 2001,

FILED JAN 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection.

Dated: December 29, 2000

Paul A. Magnuson
United States District Court Judge