# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mwati McKenzie

Plaintiff

v.

James H. Bruton, Warden

Defendants

Case No. Civil 00-2350 PAM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for writ of habeas corpus is denied. Petitioner's motion to proceed without prepayment of fees and affidavit is denied. Petitioner's motion for appointment of counsel is denied. Petitioner's motion to place petition in abeyance is denied. Petitioner's motion to bring forth issues that were dismissed and not ruled on by MN State Supreme Court due to procedural default is denied. This action is dismissed with prejudice.

DATE: March 1, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk