RECEIVED
BY MAIL
JUL 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mwati Mckenzie
Petitioner,

Civil File No. 00-2350

v.

Dan Ferrise, Warden et, al,.
Respondent.

---

STATE OF MINNESOTA §
§
COUNTY OF WASHINGTON§

**Declaration of Mwati P. Mckenzie**

Mwati Mckenzie, declares under penalty of perjury:

1. I am the petitioner in this action/cause.

2. I make and submit this declaration in support of my Motion for Relief from Judgement pursuant to Fed. R. Civ. Proc. 60 (B) (2) (6).

3. Fed. R. Civ. Proc. Rule 60 (B) is to be given a liberal construction so as to do substantial justice and to prevent the judgement from becoming a vehicle of injustice as is evidenced by the authoritative statement in **MIF Realty L.P. v. Rochester Associates,** 92 F. 3d 752 (8th Cir. 1996).

4. Federal Rule of Civil Procedure 60 (B) provides that the court may relieve a party from a final judgement.

5. Fed. R. civ. Proc. 60 (B) does not apply to the successive petition rule pursuant to 28 U.S.C. § 2244 (d). **Hamilton v. Newland,** 374 F. 3d 822 (9th Cir. 2004).

6. An independent action for relief from judgement is availiable only to

SCANNED
JUL 29 2005
DG
U.S. DISTRICT COURT ST. PAUL

prevent a grave misscarriage of justice. **U.S. v. Beggerly**, 118 S.Ct. 1862.

7. The averments in petitioners Rule 60 (b) motion shows by a fair preponderance of the evidence annexed thereto that all evidence is in fact newly discovered and shows that the trial count, petitioners counsel, and counsel for the state erred as a matter of law by not responding to questions of law and to review evidence by the jury during deliberations or by responding to the questions without notifying petitioner.

8. The averments in petitioner Rule 60 (b) (6) motion shows by a fair preponderance of the evidence that trial counsel was ineffective in responding to the notes from the jury during deliberations, waiving petitioners right to be present at all stages of the trial without petitioners permisson.

9. The averments in petitioners Rule 60 (b) (6) motion that Minnesota's grand jury selection procedures constitutes an equal protection viiolation in that the selection procedures are susceptible to abuse and are not racially neutral, due to the Hennepin County Grand Jury Manager using an impermissable race factor in the jury selection procedures, namely the qualification questionaire.

10. That articles of petitioners request in the Rule 60 (b) (2) (6) motion before the court are in accordance with the fundemental principles of equity, fairness, reasonablness, and just. Based on the unrebutted facts and law in petitioners pleadings, averments, and the circumstances of this case.

**Pursuant to 28 U.S.C. § 1746, I Mwati Mckenzie, the undersigned, declare under penalty of perjury that the foregoing is true and correct.**

Dated: 7-27-05

Declaration.

Mwata Mckenzie
#155221
970 Pickett Street. North
Bayport, Mn 55003