00cv2350

# APPENDEX

A. ENEVOLOPE DATED FEBRUARY 26, 2002

B. NOTE ONE OCTOBER 20, 1993

C. NOTE TWO OCTOBER 21, 1993

D. NOTE THREE OCTOBER 21, 1993

ELETTER FROM APPELLATE COUNSEL

F. POST -CONVICTION PETITION

G. ORDER AND MEMORANDUM

H. SUPREME COURT ODER

I. EVIDENTIARY HEARING TRANSCRIPTS

J. JUDGE LYNN'S LEDGER

K. OCTOBER 21, 1993 TRANSCRIPTS

L.AFFIDAVIT DECEMBER 1, 2003

M. MOTION AN DAFFIDAVIT NOVEMBER 8, 1993

N. AFFIDAVIT FROM PETITIONER

O. COURT ORDER AND CONCLUSION OF LAW

P. STATE SUPREME COURT ORDER

Q. EQUAL PROTEDCTIN CLAIM & INEFFECTIVE COUNSEL

RECEIVED
BY MAIL
JUL 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

SCANNED
JUL 29 2005
U.S. DISTRICT COURT ST. PAUL