00CV2350 PAM/JMM

NOTE TWO OCTOBER 21, 1993 EXHIBIT C.

SCANNED
JUL 2 9 2005
DG
U.S. DISTRICT COURT ST. PAUL

C

FILED
93 OCT 26 PM 3:35
DEPUTY
HENN. CO. DISTRICT
COURT ADMINISTRATOR

Judge Lynn,

Would it be possible to get the original police statements of Loverine Harris Richard and Olivia Gregory

The Jury

Forman
# 8.

Received 10/21/93 @ 9:15 a.m.