00CV2350 PAM/JMM

NOTE THREE OCTOBER 21, 1993 EXHIBIT D.

SCANNED
JUL 2 9 2005
DG
U.S. DISTRICT COURT ST. PAUL

D

C8971745

FILED
93 OCT 06 PM 3:34
HENN. CO. DISTRICT
COURT ADMINISTRATOR
DEPUTY

JUDGE LYNN,

we would like some clarification on some of the b... if possible –

Pretaining to First Degree murder charge – Aiding & Abeting

Forman
Juror # 8

Received 10/20/98 @ 2:25 p.m.

Appendix-1