00CV2350 PAM/JMM

LETTER FROM CROMETT EXHIBIT E.

SCANNED
JUL 2 9 2005
DG
U.S. DISTRICT COURT ST. PAUL

E

# STATE OF MINNESOTA
# OFFICE OF THE STATE PUBLIC DEFENDER

An Equal Opportunity Employer

Deputy State Public Defender
**Lawrence Hammerling**

Managing Attorney
**Steven P. Russett**

2829 University Avenue Southeast
Suite 600
Minneapolis, MN 55414

Telephone: (612) 627-6980
FAX No.: (612) 627-7979

Attorneys:
Mark F. Anderson
Susan K. Maki
Marie Wolf
Susan J. Andrews
Cathryn Middlebrook
Lawrence W. Pry
Charlann E. Winking
Rochelle R. Winn
Sharon Jacks
Ann McCaughan
Theodora Gaïtas
Jodie L. Carlson
Michael F. Cromett
Leslie J. Rosenberg
Roy G. Spurbeck
Sara L. Martin
Davi E. Axelson
Suzanne Seneca-Hill

Our File: 93-1540

Date: July 25, 2002

Mwati P. McKenzie
OID 155221
5329 Osgood Avenue N.
Stillwater, MN 55082-1117

Dear Mr. McKenzie:

At this point, I have no specific recollection of any jury questions in your case. Since the standard appellate practice of the office is to obtain a copy of the district court file, and my practice is to review that record completely, if they were in the district court file I would have reviewed the notes.

Sincerely,

Michael F. Cromett
Assistant State Public Defender

MFC:ame