00CV2350 PAM/JMM

OCTOBER @21, 1993 TRANSCRIPTS EXHIBIT K.

SCANNED
JUL 2 9 2005
DG
U.S. DISTRICT COURT ST. PAUL

K

APP. 13



(October 21, 1993)

(3:03 p.m.)

(The following discussion was had in the absence of the Jury:)

THE COURT: I have summoned counsel. Mr. Widseth is here on behalf of the State. Mr. Martinez is here on behalf of the defendant and the defendant, Mr. McKenzie, is present. It is now 3:03 p.m. on October 21, 1993.

At approximately 1:55 this afternoon I received a written note from the Jury, which reads as follows:

"In order to prove premeditation do we need to decide that they specifically went to the Pizza Shack to kill Officer Jerry Haaf? We are trying to determine premeditation. (R.E. Premeditation, Pg 19, 3rd element) Thanks #37. Forman #8. P.S. Jerome Haaf vs any police officer, #37."

That being the number of the Juror who wrote that note. I've had an opportunity to discuss with counsel whether and how to answer this particular question. I have come up with a proposal, but I do want to hear from both counsel. Mr. Martinez.

MR. MARTINEZ: Thank you, Your Honor. We've

had an opportunity to speak in chambers regarding this question. My position then, and I will make my position now for the record, is that I won't reread the question but state it for the record. It appears, in my opinion, that it touches on a basic fact question in the case and any kind of answer or change in the instruction might direct the jury to answer affirmatively or negatively how to find premeditation. As a result, my request to the Court was that you simply -- this Court simply ask the jurors to reread their instructions.

THE COURT: Thank you. Mr. Widseth.

MR. WIDSETH: Thank you, Your Honor. Your Honor, we did have extensive discussions in chambers. I also reviewed the pertinent statute in Minnesota, statutes regarding murder in the first degree and also the previous page, which is the definition of premeditated murder in the first degree.

What the Court has done by adding the words, "or another" to the third element on page 19 regarding elements, merely conforms these jury instructions per the statute.

THE COURT: Well, I do believe that that is true. I also believe that the question posed by the jury is one of law. What I intend to do is read jury

instruction 11-01, which is the statutory definition of murder in the first degree with premeditation - intent. Then read the entirety of jury instruction guide 11-02, which is exactly as was given to the Jury, except for this:

The third element, first sentence, will now read "Third, defendant or another aided and abetted by defendant acted with premeditation and with intent to kill Officer Jerome Haaf or another."

The only words I'm changing is to add "or another" after the name Jerome Haaf.

Please bring the Jury in.

(The following proceedings were had in the presence of the Jury:)

THE COURT: Members of the Jury, at about 1:55 this afternoon I received the following question, which I will read as I received it:

"In order to prove premeditation do we need to decide that they specifically went to the Pizza Shack to kill Officer Jerry Haaf? We are trying to determine premeditation. (R.B. Premeditation, Pg 19, 3rd element) Thanks #37. Forman #8. P.S. Jerome Haaf vs any police officer #37."

In answering that question, I intend to re-read one of the instructions I gave you and add some