(Verdicts read in open court by the clerk.)

THE COURT: Members of the Jury, are these your true and correct verdicts, so say you one, so say you all?

Is there a request to poll the Jury, Mr. Martinez?

MR. MARTINEZ: Yes, Your Honor.

THE COURT: Members of the Jury, you will be asked individually if these verdicts, as read by Ms. Gilvin, are your true and correct verdict. Please answer appropriately to the question.

(Jury polled by the clerk.)

THE COURT: Members of the Jury, on behalf of myself, my staff, everyone involved in this case, the District Court, and the members of this community, I want to thank you for your service. I know that you worked long and hard on this matter. You have given up a good bit of your own time with family and friends. You took the matter extremely seriously and you deserve the respect and admiration of everyone involved in the case, and your fellow citizens.

Now that your service is complete on this case, that means that you are free to talk to anybody about it if you so choose. It also means that you

are free not to talk to anybody about it, if that's your choice.

There are some matters that I need to deal with here with counsel before I adjourn for the day. I'm going to have you return back to the jury for a moment, after which, if any of you are so inclined, I would be very pleased to meet with you back in my chambers and answer any questions you may have, giving you a view of what it looks like back there where we spend the rest of our time. But that's your choice, whether you want to do that or not.

For the moment, I will have you step back with the deputy back into the jury room. Again, thank you very much.

(The following proceedings were had in the absence of the Jury:)

THE COURT: There being a conviction on count one, murder in the first degree only, it seems appropriate to me to proceed to sentencing at this point in time. But I will hear from counsel first on that issue.

MR. MARTINEZ: No objection from the defense, Your Honor.

MR. STREITZ: Your Honor, the State does move

for sentencing. It's a mandatory life sentence. We would ask that you impose that at this time.

THE COURT: The only issue that I'm not clear on is jail credit. We can add that up later.

Then I do intend to proceed to sentencing. Mr. Martinez, is there anything you would like to say at this time?

MR. MARTINEZ: No, Your Honor.

THE COURT: Mr. Streitz, anything from the State?

MR. STREITZ: No, Your Honor.

THE COURT: Mr. McKenzie, is there anything you would like to say before sentencing here this morning?

THE DEFENDANT: There is nothing I can say.

THE COURT: All right. It is considered, ordered and adjudged that you, Mwati Pepi McKenzie, are guilty of count one, murder in the first degree of a peace officer by virtue of the jury verdict in this case. You are sentenced to the custody of the Minnesota Correction Authorities for a term of life imprisonment.

You are entitled to jail credit back to the date of your arrest, which was November 24, 1992. Good luck to you, sir.