language to one of the others. You will receive that again in writing to substitute. I'm going to re-read what is page 18 of your jury instruction guide packet. It's the statutory definition that reads as follows:

"The statutes of Minnesota provide that whoever causes the death of a human being with premeditation and with the intent to effect the death of the person or another is guilty of murder in the first degree."

Page 19 of your instruction packet are the elements of murder in the first degree - premeditation. I will read these in their entirety, with the change:

"The elements of murder in the first degree are:

First, the death of Officer Jerome Haaf must be proven.

Second, defendant or another aided and abetted by defendant caused the death of Officer Jerome Haaf.

Third, defendant or another aided and abetted by defendant acted with premeditation and the intent to kill Officer Jerome Haaf or another.

Premeditation means that the defendant or another

aided and abetted by defendant considered, planned, prepared for, or determined to commit the act before he committed it. Premeditation, being a process of the mind, is wholly subjective and hence not susceptible to proof by direct evidence. It may be inferred from all the circumstances surrounding the event. It is not necessary that premeditation exist for any specific length of time. A premeditated decision to kill may be reached in a short period of time. However, an unconsidered or rash impulse, even though it includes an intent to kill, is not premeditated.

In order to have had an intent to kill, defendant or another aided and abetted by defendant must have acted with the purpose of causing death.

Fourth, the act of defendant or another aided and abetted by defendant took place on September 28, 1992, in Hennepin County.

If you find that each of these four elements has been proved beyond a reasonable doubt, defendant is guilty of murder in the first degree. If you find that any of these elements has not been so proved, defendant is not guilty."

Ms. Gilvin will provide to you at least one copy of what will be the amended page 19, the

elements of premeditation, or murder in the first degree - premeditation. I do want to caution you or instruct you that you also need to consider these instructions in light of all the other instructions you have. Each of you now has a copy of those instructions.

So with that, I will return you back to your deliberations.

* * * *

(October 23, 1993)

(The following proceedings were had in the absence of the Jury:)

THE COURT: Before I bring the Jury out, I just want to say a couple of things. First of all, there will be no demonstration one way or the other on this verdict.

Secondly, the door will be locked so those members of the media who need to get out and make your calls, as soon as the Jury has been returned back to the jury room, then I will open the door and you can make those calls. With that, I'm going to have the door locked at this point in time.

Counsel, are you prepared to have the Jury brought in?

MR. STREITZ: Yes, Your Honor.

MR. MARTINEZ: Yes.

(The following proceedings were had in the presence of the Jury:)

THE COURT: Members of the Jury, I understand you have reached a verdict. Those forms have now been handed to me. You will now hear your verdicts as they will be entered into the records of this Court.