WScan00722.bmp





MR. STREITZ: Thank you, Your Honor.

(End of proceedings.)

STATE OF MINNESOTA )
) ss. CERTIFICATE
COUNTY OF HENNEPIN )

I, James H. Reier, Official Court Reporter in and for the Fourth Judicial District of the State of Minnesota, do hereby certify that the foregoing is a true and correct transcript of the proceedings as hereinabove set out.

February ________, 1994 James H. Reier
Official Court Reporter