00CV2350 PAM/JMM

AFFIDAVIT DECEMBER 1, 2003 EXHIBIT L

SCANNED
JUL 2 9 2005
DG
U.S. DISTRICT COURT ST. PAUL

L

L

MICHAEL MCGLENNEN
LAWYER
109 SECOND STREET WEST, CHASKA, MINNESOTA 55318
TELEPHONE (952) 361-9994
FAX (952) 361-9910

December 4, 2003

Via fax (612) 348-3061

Mr. Robert J. Streitz
Assistant County Attorney
C-2000 Government Center
300 South Sixth Street
Minneapolis, MN 55487

Re: Amwati Pepi Mckenzie vs. State of Minnesota
State of Minnesota vs. Amwati Pepi Mckenzie

Dear Mr. Streitz,

Enclosed is an affidavit for the above-referenced case.

Sincerely,

Michael McGlennen

Michael McGlennen
Attorney at Law

myx

Enclosure

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF HENNEPIN FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff, **AFFIDAVIT**

vs.

C.A. File No. 92-3405

Amwati Pepi Mckenzie,

Defendant.

COMES NOW, Michael McGlennen, who having been duly sworn deposes and says, upon oath that he was the attorney at trial for the defendant in the captioned case and your affiant has been made aware that since then the defendant been made appealed to the Supreme Court pro se alleging that there may have been communication with the jury during deliberations without the knowledge or consent of himself or his counsel.

Your affiant has also been made aware that the trial courts notes reflect deliberation with and consent by counsel to such communication.

With that understanding, your affiant states that immediately upon retirement for deliberation by the jury your affiant was unavailable for consideration and left matters in the hands of co-counsel Arthur Martinez.

Therefore, your affiant states that he cannot confirm the trial Court's notes.

Further your affiant sayeth naught.

Dated: December 1st, 2003

Michael McGlennen

Subscribed and sworn to before me this 1st day of December, 2003.

Notary Public

Mai Y. Xiong
NOTARY PUBLIC MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2007