00CV2350 PAM | JMM

AFFIDAVIT FROM PETITIONER EXHIBIT N.

SCANNED
JUL 2 9 2005 DG
U.S. DISTRICT COURT ST. PAUL

N

B

N

STATE OF MINNESOTA )
....................)
COUNTY OF WASHINGTON)

**AFFIDAVIT OF TRUTH**

I. Mwati P. Mckenzie, being duly sworn doeth solemny declare and depose the following:

1. I am the Affiant herein.
2. That on or about the month of Febuary 26, 2002 I received a brown envelope adressed to the Affiant from the hennepin County Government Center adressed: 1153-C Gov't Ctr, Mpls, MN 55487.in which contained three notes the jury sent to Judge Robert Lynn. The notes are beleived to sent to the Affiant herein from either Court Administrator Mark Thompson or Judge Lynns' clerk Patty Gilivin.
3. I have had no contact with any court administrator regarding the notes prior to the notes being sent to the Affiant via the mail.
4. At no time while corresponding with court personel did i make inquires about the notes in question being in any court files before I received tham on/or about febuary 26, 2003.
5. All correspondence to and from the court administrators prior to receiving the notes was strictly regarding obtaining portions of my grand jury transcripts/trial transcripts, or information regarding my indictment.
6. I consulted with the state Public defenders Office on/or about the dates December 18, 2001, December 20, 2001, December 28, 2001, and Febuary 4, 2002.

and the foregoing is true and coreect.

**Further Affiant Saith Not.**

__________________, being duly sworn, deposes and says that he is the petitioner/Affiant in the above entitled matter; that he has read the foregoing petition and knows the contents thereof; and that the same is true and correct to the best of his knowledge.

Submitted __________________.

Subscribed and sworn to before me this 6th day of Nov., 2003.

Notary Public

THOMAS LAWRENCE HAEFS
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2008