United States District Court
District of Minnesota
708 Federal Courthouse
316 N. Robert St.
St. Paul, MN 55101

RECEIVED
BY MAIL
JUL 29 2005
CLERK, US DIST. COURT
ST. PAUL, MN

July 28, 2005

00cv2350 PAM/JMM

RE: Filing of Legal Documents;

Dear Clerk of Courts,

Enclosed is (1) Motion for relief from judgement pursuant to Rule 60 (b); (1) Motion for an evidentiary hearing.

The appendix for Motion for relief from judgement is enclosed in another envelope in which I have numbered #2.

I would like the legal documents filed and a file stamped copy of the motions and appendix returned to me thank you.

Respectfully,

Mwati Mckenzie
#155221
970 Pickett Street. North
Bayport, MN 55003

SCANNED
JUL 29 2005
DG
U.S. DISTRICT COURT ST. PAUL