RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mwati P. Mckenzie,
Petitioner,

Civil File No. 00-2350 PAM/JSM

v.

Lynn Dingle, Warden
Respondent.

MOTION FOR EXTENSION OF TIME OR LIMITATION OF TIME PURSUANT TO Civ. R. APP. P. 126.02

On July 29, 2005, Petitioner filed the instatnt petition/motion, seeking relief under federal Rule of Civil Procedure 60 (b). On November 4, 2005, the motion was denied as being untimely and therefore was denied.

However, petitioner did not receive the courts Memorandum and Order until December 15, 2005, approximately 33 days after the courts order, which is well beyond the ten (10) day responce time. **See. Envelope.**

With respect to the issues mentioned herein, petitioner respectfuly request that this honorable court grant an extension for 30 days from December 15, 2005, thereupon petitioner will submit a Objection to the courts Memorandum and Order on or before Jnauary 26, 2006.

Dated: December 15, 2005

Mwati P. Mckenzie
#155221
MCF-Stillwater
970 Pickett St. North
Bayport, MN 55003

DEC 19 2005

**NOTICE:** Mailed from a MN Correctional Facility
Name: Mwati P. McKenzie
OID#: 185221
Address: 970 Pickett St. North
City/State/Zip: Bayport, MN 55003

LEGAL MAIL

Minnesota Correctional Facility – Stillwater

UNITED STATES POSTAGE PITNEY BOWES
02 1A $ 00.37⁰
0004378506 DEC 16 2005
MAILED FROM ZIP CODE 55003

Wendy S. Osterberg
United States District Court
District of Minnesota
Office of the Clerk
Room 700 Federal Bldg.
316 North Robert Street
St. Paul MN 55101-1460.

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

55101#1455

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
ROOM 700 FEDERAL BUILDING
316 NORTH ROBERT STREET
ST. PAUL, MINNESOTA 55101-1460

OFFICIAL BUSINESS

Bw202

Mailed Fr
12/14/20
031A 00

LEGAL MAIL
OPEN IN THE
PRESENCE OF THE INM