# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

RECEIVED
APR 27 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Date:** April 25, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Victoria Moralez, Deputy Clerk

**In Re:** District Court Case No.: 00-2350 PAM/JMM
Eighth Circuit Case No.:
Case Title: Mckenzie v Bruton

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

x Notice of Appeal
x Order/Judgment appealed from
x Docket Entries
Fee Payment:
____ The statutory filing fee has been paid, receipt # .
x The statutory filing fee has not been paid as of April 25, 2006.
____ The statutory filing fee has been waived:
____ USA filed appeal
x In Forma Pauperis: ____ Motion Pending ____ Pro Se x Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

x Original File(s), consisting of 1 file and 1 expandable.
x Two certified copies, and one uncertified copy of updated docket sheet from 4/25/06.
____ Designated Clerk's Record # .
____ Other:
____ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

SCANNED
APR 28 2006
U.S. DISTRICT COURT ST. PAUL

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

RECEIVED

Date Received: APR 28 2006 Received by: ____________

Date Returned to USDC: ____________

U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ___ Yes, receipt #
_x_ No, motion for IFP pending? ___ Yes _x_ No
_x_ Prisoner ___ Pro Se

USA filed appeal? ___ Yes _x_ No

Are there any other pending post-judgment motions? ___ Yes _x_ No

Is there any keen local interest in this case? ___ Yes _x_ No

Was a court reporter utilized? ___ Yes _x_ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

___ Forms A & B were not enclosed; mailed to counsel.

___ Forms A & B were given to counsel at the counter.

___ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

s/Victoria Moralez

Victoria Moralez, Deputy Clerk