# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL OF APPEAL

**Date:** May 11, 2006
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Victoria Moralez, Deputy Clerk

RECEIVED
MAY 12 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**In Re:** District Court Case No.: 00-2350 PAM/JMM
Eighth Circuit Case No.:
Case Title: McKenzie v Bruton

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

_x_ Notice of Appeal
_x_ Order/Judgment appealed from
_x_ Docket Entries
Fee Payment:
____ The statutory filing fee has been paid, receipt # .
____ The statutory filing fee has not been paid as of May 11, 2006.
_x_ The statutory filing fee has been waived:
____ USA filed appeal
_x_ In Forma Pauperis: ____ Motion Pending ____ Pro Se _x_ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

_x_ Original File(s), consisting of 1 file and 1 expandable.
_x_ Two certified copies, and one uncertified copy of updated docket sheet from 5/11/06.
____ Designated Clerk's Record # .
____ Other:
____ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

RECEIVED
MAY 12 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ________ Received by: ________

Date Returned to USDC: ________

SCANNED
MAY 12 2006
U.S. DISTRICT COURT ST. PAUL

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ___ Yes, receipt #
_x_ No, motion for IFP pending? ___ Yes _x_ No
_x_ Prisoner ___ Pro Se

USA filed appeal? ___ Yes _x_ No

Are there any other pending post-judgment motions? ___ Yes _x_ No

Is there any keen local interest in this case? ___ Yes _x_ No

Was a court reporter utilized? ___ Yes _x_ No

If yes, please identify the court reporter:

Name:
Address:

Phone:

___ Forms A & B were not enclosed; mailed to counsel.

___ Forms A & B were given to counsel at the counter.

___ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

s/Victoria Moralez

Victoria Moralez, Deputy Clerk