UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329
111 S. 10TH Street
St. Louis, Missouri 63102
VOICE (314)244-2400
FAX (314)244-2780
www.ca8.uscourts.gov

Michael E. Gans
Clerk of Court

May 24, 2006

Mr. Mwati P. McKenzie
MINNESOTA CORRECTIONAL FACILITY
#155221
970 Pickett Street, N.
Bayport, MN 55003-1490

Re: 06-2361 Mwati P. McKenzie vs. James Bruton

Dear Mr. McKenzie:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. This appeal has been docketed today under the number indicated.

We have also received a copy of the district court's order denying leave to proceed in forma pauperis. You must pay the $255 appeal fee to the Clerk of the United States District Court, or renew your application for leave to appeal in forma pauperis with this Court on or before June 8, 2006. Failure to pay the fee or renew your application for leave to appeal in forma pauperis by the date indicated may result in the dismissal of this appeal pursuant to Eighth Circuit Rule 3C.

After the fee status has been resolved, this office will treat the notice of appeal as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure and it will be forwarded to a panel of judges for consideration. You will thereafter be advised of the action taken by the court regarding the application.

Enclosed, for your convenience, is an application form which you may use to apply for pauper status.
(5087-010199)

Michael E. Gans
Clerk of Court

jmb

SCANNED
MAY 24 2006
U.S. DISTRICT COURT MPLS

Enclosure(s)

cc: Amy Jean Klobuchar
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:00-cv-02350-PAM

May 24, 2006

jmb

06-2361 Mwati P. McKenzie v. James Bruton

Mr. Mwati P. McKenzie
MINNESOTA CORRECTIONAL FACILITY
#155221
970 Pickett Street, N.
Bayport, MN 55003-1490

Ms. Amy Jean Klobuchar
HENNEPIN COUNTY ATTORNEY'S OFFICE
A-2000 Government Center
Minneapolis, MN 55487

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

(5075-010199)

May 24, 2006
Case Number: 06-2361

District Court/Agency Case Number(s): 0:00-cv-02350-PAM

MWATI P. MCKENZIE

Petitioner - Appellant

v.

JAMES BRUTON, Warden,
Oak Park Heights Correctional Facility

Respondent - Appellee

(5072-010199)