# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

00-cv-2350 PAM

No. 06-2361

Mwati P. McKenzie,

Appellant,

vs.

James Bruton, etc.,

Appellee.

* Appeal from the United States District Court for the District of Minnesota

Appellant's motion for an extension of time to file a petition for rehearing has been considered by the Court and is granted. Appellant may have to November 1, 2006, to file the petition for rehearing.

Petitions for rehearing and rehearing en banc must be received in the clerk's office on the due date. No grace period for mailing is allowed and the date of the postmark is irrelevant.

(5286-010199)

August 25, 2006

Order entered at the Direction of The Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
AUG 28 2006
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 25, 2006

Mr. Mwati P. McKenzie
MINNESOTA CORRECTIONAL FACILITY
#155221
970 Pickett Street, N.
Bayport, MN 55003-1490

Re: 06-2361 Mwati P. McKenzie vs. James Bruton

Dear Mr. McKenzie:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms

Enclosure(s)

cc: Honorable Paul A. Magnuson, U.S. District Judge
Amy Jean Klobuchar
Richard Sletten, Clerk

District Court/Agency Case Number(s): 0:00-cv-02350-PAM