UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECEIVED
SEP 01 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## RECORDS TRANSMITTAL SHEET

**DATE:** August 30, 2006

RE: 06-2361 Mwati P. McKenzie vs. James Bruton

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 1 vol.and 1 exp.folder    Transcript:

Deposition:    Sealed:

Exhibits:

Other:

[ ] Case closed    [ ] Counsel appointed

[ ] Per your request    [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): 0:00-cv-02350-PAM

jjf

SCANNED
SEP 01 2006
U.S. DISTRICT COURT MPLS