# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

00cv2350 PAM

No. 06-2361

| | | |
|---|---|---|
| Mwati P. McKenzie, | * | |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| James Bruton, Warden, Oak Park Heights Correctional Facility, | * | |
| Appellee. | * | |

Before MURPHY, RILEY, and COLLOTON, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

August 7, 2006

SCANNED
OCT 12 2006
U.S. DISTRICT COURT MPLS

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

CLERK US DIST COURT
MINNEAPOLIS MN

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 10, 2006

RECEIVED
BY MAIL
OCT 12 2006
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 06-2361 Mwati P. McKenzie vs. James Bruton

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

dms

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Paul A. Magnuson
Mwati P. McKenzie
Amy Jean Klobuchar

District Court/Agency Case Number(s): 0:00-cv-02350-PAM